UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF MAY AND JUNE, 2006 , BEFORE THE HONORABLE PATRICK J. DUGGAN

Listed below are the cases on this Court's trial docket for the months of May and June, 2006. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 05-72098 ALGALHAM V. AMERICAN STEAMSHIP CO.
2. 05-71492 RINKE, ET.AL V. SALEEN, INC.
3. 05-72512 SETANTA SPORT V. NEW PARTHENON RESTAURANT,ET.AL
4. 05-72707 BISHOP V. HARTLAND ESTATES, ET.AL
5. 05-70832 ELYSIUM V. SHELDON, ET.AL
6. 05-71245 CEMENT MASON'S PENSION TRUST, ET.AL V. H.B.CONTRACTING
         SERVICE, ET.AL
7. 05-73045 THOMPSON V. DETROIT NURSING CENTER
8. 05-73511 CLARK V. ALSTON
9. 05-73135 FAWAZ, ET.AL V. BUSINESS LOAN EXPRESS, ET.AL
10. 05-71728 TAYLOR V. TROOPER LISS, ET.AL
11. 05-73180 CLEARY V. LAMB, ET.AL
12. 05-73483 BRICKLAYERS PENSION TRUST, ET.AL V. RICHARD MASONRY
         CONSTRUCTION CO.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: April 4, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 4, 2006, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager