UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

CEMENT MASONS' PENSION TRUST FUND -
DETROIT & VICINITY, *et al*,

        Plaintiffs,

Case No. 05-71245
Honorable PATRICK J. DUGGAN
Magistrate Judge STEVEN D. PEPE

v.

H.B. CONTRACTING SERVICE, INC., a Michigan
corporation, and
INTERNATIONAL FIDELITY INSURANCE COMPANY,
a foreign corporation conducting business
in Michigan,

        Defendants.
_____/

**STIPULATION AND CONSENT ORDER RE-OPENING
CASE AND CONSENT JUDGMENT AGAINST
DEFENDANT H.B. CONTRACTING SERVICE, INC.
(DOCUMENT TWO)**

Plaintiffs having filed (i) a Notice of Re-Opening Case and (ii) an Affidavit of Default, pursuant to the parties' Settlement Agreement, and a STIPULATED AND CONSENT ORDER DISMISSING CASE WITHOUT PREJUDICE AND ESTABLISHING PROCEDURES FOR RE-OPENING OF CASE FOR ENTRY OF CONSENT JUDGMENT having been previously entered by this Court; and the Court being fully advised:

IT IS HEREBY ORDERED AND ADJUDGED:

1.     This case is re-opened;

2.     Judgment is entered in favor of plaintiffs and against defendant HB CONTRACTING SERVICE INC. in the amount of **$4,794.40**, minus credits for all amounts paid by defendant under

1

the terms of the parties Settlement Agreement as summarized in plaintiffs' Affidavit of Default and incorporated by reference herein, plus post judgment interest on said unpaid balance as provided for in 28 U.S.C. §1961, and plaintiffs shall have full rights of execution thereof.

                         s/Patrick J. Duggan
                         Patrick J. Duggan
                         United States District Judge

Dated: July 18, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 18, 2006, by electronic and/or ordinary mail.

                         s/Marilyn Orem
                         Case Manager

Stipulated and agreed to:

| For Plaintiffs: | For Defendants: |
|---|---|
| By: s/ Robert A. Farr Jr. | By: s/ Bruce M. Pregler* |
| GEORGE H. KRUSZEWSKI (P25857) | BRUCE M. PREGLER (P40292) |
| ROBERT A. FARR JR. (P61597) | Attorney for Defendant |
| Attorneys for Plaintiffs | 70 W. Long Lake Rd., Suite 120 |
| 1000 Farmer Street | Troy, Michigan 48098 |
| Detroit, MI 48226 | (248) 813-9900 |
| (313) 965-3464 | Dated: May 9, 2006 |
| Dated: May 9, 2006 | |
| | ALBER CRAFTON, PSC |
| | By: s/ Omar J. Harb* |
| | OMAR J. HARB (P51306) |
| | Attorney for Defendant |
| | 2301 W. Big Beaver Rd., Suite 300 |
| | Troy, Michigan 48084 |
| | (248) 822-6190 |
| | Dated: May 9, 2006 |

* By Robert A. Farr Jr. (P61597) with permission of Messrs. Pregler and Harb

2